AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| DM COHEN, INC., Derivatively on Behalf of AMGEN INC.,<br><br>*Plaintiff(s)*<br>v.<br>ROBERT A. BRADWAY, PETER H. GRIFFITH, WANDA M. AUSTIN, BRIAN J. DRUKER, ROBERT A. ECKERT, GREG C. GARLAND, FRED HASSAN, CHARLES M. HOLLEY, JR., S. OMAR ISHRAK, TYLER JACKS, ELLEN J. KULLMAN, AMY E. MILES, RONALD D. SUGAR, R. SANDERS WILLIAMS, and AMGEN INC.<br>*Defendant(s)* | Civil Action No. 1:25-cv-01623-UA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attached Rider.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Ralph M. Stone
Johnson Fistel, LLP
1700 Broadway, 41st Floor,
New York, NY 11747
ralphs@johnsonfistel.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 02/28/2025

/S/ V. BRAHIMI

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                                                                                        _____
                                                                                        *Server's signature*

                                                                                        _____
                                                                                        *Printed name and title*

                                                                                        _____
                                                                                        *Server's address*

Additional information regarding attempted service, etc:

Summons In A Civil Action

*DM Cohen, Inc. v. Bradway et al*., Case No. 1:25-cv-01623-UA

Rider – List of Defendant Addresses

Amgen Inc.
c/o CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Robert A Bradway
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Amy E. Miles
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Brian J. Druker
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Charles M. Holley, Jr.
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Ellen J. Kullman
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Fred Hassan
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Greg C. Garland
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

S. Omar Ishrak
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Peter H. Griffith
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Robert A. Eckert
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Ronald D. Sugar
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

R. Sanders Williams
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

Tyler Jacks
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n

Sacramento, CA 95833

Wanda M. Austin
c/o Amgen Inc.
CSC Lawyers Incorporating Service
2710 Gateway Oaks Drive Suite 150n
Sacramento, CA 95833

2